UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 24-265 (PAM/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| Draveetray Lyrell Williams, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Exclude Time under the Speedy Trial Act. (Docket No. 32.) The Court finds that the ends of justice served by continuing this case outweigh the interest of the public and Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). In making this finding, the Court concludes that failure to grant the Motion would result in a miscarriage of justice.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Motion to Exclude Time (Docket No. 32) is **GRANTED**; and

2. The period of time between June 8, 2025, and July 23, 2025, is excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Dated: April 24, 2025

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge